UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

08 CV 4478

AEROTEL, LTD.,

    Plaintiff,

v.

IDT CORPORATION,

    Defendant.

Civil Action No. _____

**RULE 7.1 STATEMENT**

Pursuant to Federal Rule Civil Procedure 7.1 (formerly Local/General Rule 1.9) and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for plaintiff Aerotel, Ltd. (a private, non-governmental party) certifies that the foregoing plaintiff has no corporate parents, affiliates and/or subsidiaries which are publicly held.

Dated: New York, New York
       May 13, 2008

                         Respectfully submitted,

                         OSTRAGER CHONG FLAHERTY
                         &amp; BROITMAN P.C.

                         By: _____
                              Glenn F. Ostrager

570 Lexington Avenue
New York, New York 10022-6894
(212) 681-0600

*Attorneys for Aerotel, Ltd.*