UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AEROTEL, LTD.,<br><br>    Plaintiff,<br><br>v.<br><br>IDT CORPORATION,<br><br>    Defendant. | 08 Civ. 4478 (UA)<br><br>**APPEARANCE**<br><br>(Electronically Filed) |

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for plaintiff AEROTEL, LTD. I certify that I am admitted to practice in this court.

Dated: New York, New York
       May 21, 2008

    Respectfully submitted,

    OSTRAGER CHONG FLAHERTY
     & BROITMAN P.C.

By: _____/s_____
    Roberto L. Gomez (RLG-6474)

570 Lexington Avenue
New York, New York 10022-6894
(212) 681-0600

*Attorneys for Aerotel, Ltd.*