UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK    Attorney: OSTRAGER CHONG FLAHERTY & BROITMAN P.C. - 1732

AEROTEL LTD.

Plaintiff(s)

- against -

IDT CORPORATION

Defendant(s)

Index #: 08 CV 4478 (RJH)

Date Filed:

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK: COUNTY OF NEW YORK  ss:

DANIEL KNIGHT BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on June 6, 2008 at 03:15 PM at

520 BROAD STREET
NEWARK, NJ07102

deponent served the within true copy of the SUMMONS & COMPLAINT,CIVIL COVER SHEET,JUDGES' RULES,INITIAL SCHEDULING CONFERENCE NOTICE & ORDER,ECF RULES & INSTRUCTIONS on IDT CORPORATION, the defendant/respondent therein named,

**CORPORATION** by delivering thereat a true copy of each to BEVERLY CAMPLOW personally, deponent knew said corporation so served to be the corporation described in said SUMMONS & COMPLAINT,CIVIL COVER SHEET,JUDGES' RULES,INITIAL SCHEDULING CONFERENCE NOTICE & ORDER,ECF RULES & INSTRUCTIONS as said defendant/respondent and knew said individual to be the MANAGING AGENT thereof.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| FEMALE | BLACK | BLACK | 56 | 5'5 | 150 |

Sworn to me on: June 6, 2008

Linda Forman
Notary Public, State of New York
No. 01FO5031305
Qualified in New York County
Commission Expires August 1, 2010

Robin M. Forman
Notary Public, State of New York
No. 01FO6125415
Qualified in New York County
Commission Expires April 18, 2009

Larry Yee
Notary Public, State of New York
No. 01YE5015682
Qualified in New York County
Commission Expires July 26, 2009

DANIEL KNIGHT

Docket #: 566394