AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

Southern    DISTRICT OF    New York

AEROTEL, LTD.,

           Plaintiff,

**APPEARANCE**

v.

Case Number: 08 cv 4478

IDT CORPORATION,

           Defendant.

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Defendant IDT Corp.

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 6/13/2008 | *Melissa Roover* (signature) |
| Date | Signature |
| | Melissa A. Roover     MR-1163 |
| | Print Name     Bar Number |
| | Grayson & Kubli, P.C. 8605 Westwood Center Dr., Suite 410 |
| | Address |
| | Vienna     VA     22182 |
| | City     State     Zip Code |
| | (703) 749-0000     (703) 442-8672 |
| | Phone Number     Fax Number |