# OSTRAGER CHONG FLAHERTY & BROITMAN P.C.
COUNSELORS AT LAW

570 LEXINGTON AVENUE
NEW YORK, NY 10022-6894
TEL: (212) 681-0600
FAX: (212) 681-0300

ROBERTO L. GOMEZ
rgomez@ocfblaw.com

June 16, 2008

**BY FACSIMILE**

Hon. Richard J. Holwell
United States District Judge
United States Courthouse
500 Pearl St., Room 1950
New York, NY 10007


USDC SDNY
DOCUMENT
ELECTRONICALLY
DOC #: _____
DATE FILED: 6/18/08


RECEIVED
JUN 17 2008
CHAMBERS OF
RICHARD J. HOLWELL

Re:   *Aerotel, Ltd. v. IDT Corporation*
      08 Civ 04478 (RJH)

Dear Judge Holwell:

We are counsel for plaintiff in the above-captioned case. We write to request that the deadline for submitting a proposed scheduling order be extended from June 18, 2008 to July 2, 2008 and also, that the scheduling conference scheduled for June 20, 2008 be adjourned to July 7, 2008 or such other date that the Court deems appropriate.

Counsel for defendant filed their Appearance only last Friday and we are presently conferring with them to prepare the proposed scheduling order. There have been no previous request for an extension or adjournment of the aforementioned dates and defendant's counsel has consented to this request.

Please let us know if your Honor has any questions.

*Scheduling order to be submitted by 7/14/08. Conference adjourned to 7/25/08 at 10:00 a.m.*
**SO ORDERED**

Respectfully,

Roberto L. Gomez

USDJ
8/13/08

cc:   Victor A. Kubli, Esq. – by fax
      Melissa A. Roover, Esq. – by fax