UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



AEROTEL, LTD., )
 ) "ECF CASE"
                Plaintiff, )
 ) Case No. 08-cv-4478(RJH)
        v. )
 )
IDT CORPORATION, )
 )
                Defendant. )
 )

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/1/08

**STIPULATION FOR AN ENLARGEMENT OF TIME
TO MOVE, ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT**

IT IS HEREBY STIPULATED AND AGREED by and among Plaintiff Aerotel, Ltd. and Defendant IDT Corporation ("IDT Corp."), by and through their undersigned counsel, that the time for Defendant to move, answer, or otherwise respond to Plaintiff's Complaint in the above-captioned matter is extended to July 10, 2008.

The original date for Defendant IDT Corp. to move, answer, or otherwise respond to Plaintiff's Complaint is June 26, 2007.

No prior enlargement of time to respond to the Complaint has previously been sought by Defendant IDT Corp.

Dated: New York, New York
       June 18, 2007

| | |
|---|---|
| *Attorneys for Plaintiff Aerotel, Ltd.* | *Attorneys for Defendant IDT Corporation* |
| OSTRAGER CHONG FLAHERTY & BROITMAN P.C. | GRAYSON & KUBLI, P.C |

*/s/ Glenn Ostrager*

Glenn F. Ostrager
Dennis M. Flaherty
Joshua S. Broitman
570 Lexington Avenue
New York, New York 10022-6894
Telephone: (212) 681-0600

*/s/ Melissa Roover*

Melissa A. Roover
8605 Westwood Center Drive
Suite 410
Vienna, VA 22102
Telephone: (703) 749-0000

ROPES & GRAY LLP

Robert C. Morgan
Jeanne C. Curtis
1211 Avenue of the Americas
New York, New York 10036-8704
Telephone: (212) 596-9049

SO ORDERED this 3 day of June 2008

*/s/ Richard J. Holwell*
Richard J. Holwell
United States District Judge

2