SDNY (Rev. 10/2006) Pro Hac Vice Motion to Admit Counsel

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AEROTEL          Plaintiff,

            - against -

IDT CORPORATION     Defendant.

_8_ cv _4478_ (RJH)

MOTION TO ADMIT COUNSEL
PRO HAC VICE

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Melissa Roover  a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

Applicant's Name:   Victor A. Kubli
Firm Name:          Grayson & Kubli
Address:            8605 Westwood Center Drive   Suite 410
City/State/Zip:     Vienna, Virginia 22182
Phone Number:       (703) 749-0000
Fax Number:         (703) 442-8672

Victor A. Kubli   is a member in good standing of the Bar of the States of Maryland and the District of Columbia

There are no pending disciplinary proceeding against Victor A. Kubli in any State or Federal court.

Dated: 6/30/08
City, State: Vienna, VA

Respectfully submitted,

_Melissa Roover_
Sponsor's Melissa A. Roover
SDNY Bar 4005005
Firm Name: Grayson & Kubli, P.C.
Address: 8506 Westwood Center Drive - #410
City/State/Zip: Vienna, Virginia 22182
Phone Number: 703-749-0000
Fax Number: 703-442-8672

SDNY Form Web 10/2006

## Certificate of Service

I certify that on this 30th day of June, 2008, I caused the foregoing Pro Hac Vice Motion to be served in the following manner:

| | |
|---|---|
| **Glenn F. Ostrager** | **Robert C. Morgan** |
| **Dennis Michael Flaherty** | **Jeanne C. Curtis** |
| **Joshua Seth Broitman** | Ropes Gray, LLP |
| **Roberto Legaspi Gomez** | 1211 Avenue of the Americas |
| Ostrager, Chong, Flaherty & Broitman, P.C. | New York, New York 10036 |
| 570 Lexington Avenue | *(First-Class Mail)* |
| 17th Floor | |
| New York, NY 10022 | |
| (212)-681-0600 | |
| Fax: (212)-681-0300 | |
| *(First-Class Mail)* | |

_____
Sabrina C. Smith

SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Written Motion

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AEROTEL, LTD.,    Plaintiff,

8   cv  4478   (RJH)

- against -

IDT CORPORATION    Defendant.

**ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION**

Upon the motion of  Melissa Roover    attorney for  IDT Corporation

and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

Applicant's Name:   Victor A. Kubli

Firm Name:   Grayson & Kubli

Address:   8605 Westwood Center Drive   Suite 410

City/State/Zip:   Vienna, Virginia 22182

Telephone/Fax:   (703) 749-0000

Email Address:   kubli@graysonlaw.net

is admitted to practice pro hac vice as counsel for    IDT Corporation    in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:
City, State:

_____
United States District/Magistrate Judge

FOR OFFICE USE ONLY: FEE PAID $          SDNY RECEIPT#
SDNY Form Web 10/2006

**UNITED STATES DISTRICT**
**SOUTHERN DISTRCT OF NEW YORK**

AEROTEL, LTD.,

                Plaintiff,           Civil Case no.:  08 cv 4478 (RJH)

      v.

IDT CORPORATION

                Defendant.

_____

State of Virginia    )
                        )    ss:
County of Fairfax  )

Melissa Ann Roover, being duly sworn, hereby deposes and says as follows:

1. I am an attorney at Grayson and Kubli, P.C., counsel for the Defendant in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Defendant's motion to admit Victor A. Kubli as counsel pro hac vice to represent Defendant in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law in November, 2001. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court

3. I have known Victor A. Kubli since 2002.

4. Mr. Kubli is an attorney at Grayson and Kubli, P.C. in Vienna, Virginia.

5. I have found Mr. Kubli to be a skilled attorney and a person of integrity.  He is experienced in Federal practice and is familiar with the Federal Rules of Civil Procedure.

6. Accordingly, I am pleased to move for the admission of Victor A. Kubli, pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit Victor A. Kubli, pro hac vice, to represent the Defendant in the above captioned matter, be granted.

Respectfully submitted,

*Melissa Roover*
Melissa A. Roover
SDNY Bar Code: 4005005

State of Virginia
County of Fairfax

The foregoing instrument was acknowledged before me on this 30th day of June, 2008.

*Carla G Coleman* #297939
Notary Public
My Commission expires: Sept 30, 2008

# Court of Appeals
# of Maryland
### Annapolis, MD

### CERTIFICATE OF GOOD STANDING

STATE OF MARYLAND, ss:

    I, Bessie M. Decker, Clerk of the Court of Appeals of Maryland, do hereby certify that on the seventh day of April, 1994,

### Victor Aronoff Kubli

having first taken and subscribed the oath prescribed by the Constitution and Laws of this State, was admitted as an attorney of said Court, is now in good standing, and as such is entitled to practice law in any of the Courts of said State, subject to the Rules of Court.

    **In Testimony Whereof,** I have hereunto set my hand as Clerk, and affixed the Seal of the Court of Appeals of Maryland, this eighteenth day of June, 2008.

*Bessie M. Decker*
_____
Clerk of the Court of Appeals of Maryland



# District of Columbia Court of Appeals
## Committee on Admissions
### 500 Indiana Avenue, N.W. — Room 4200
### Washington, D. C. 20001
### 202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

### VICTOR A. KUBLI

was on the  2ND  day of  APRIL, 2001  duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on June 19, 2008.

GARLAND PINKSTON, JR., CLERK

By: *N. Charles*
        Deputy Clerk