SDNY (Rev. 10/2006) Pro Hac Vice Motion to Admit Counsel

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AEROTEL      Plaintiff,

- against -

IDT CORPORATION   Defendant.

8 cv 4478 (RJH)

**MOTION TO ADMIT COUNSEL**
**PRO HAC VICE**

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Melissa Roover a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

Applicant's Name: Alan M. Grayson
Firm Name: Grayson & Kubli
Address: 8605 Westwood Center Drive Suite 410
City/State/Zip: Vienna, Virginia 22182
Phone Number: (703) 749-0000
Fax Number: (703) 442-8672

Alan M. Grayson  is a member in good standing of the Bar of the States of Colorado, Virginia and the District of Columbia

There are no pending disciplinary proceeding against Alan M. Grayson in any State or Federal court.

Dated: 6/30/08
City, State: Vienna, VA

Respectfully submitted,

_Melissa Roover_
Sponsor's  Melissa A. Roover
SDNY Bar 400500
Firm Name: Grayson & Kubli, P.C.
Address: 8605 Westwood Center Drive - #410
City/State/Zip: Vienna, Virginia 22182
Phone Number: 703-749-0000
Fax Number: 703-442-8672

SDNY Form Web 10/2006

## Certificate of Service

I certify that on this 30th day of June, 2008, I caused the foregoing Pro Hac Vice Motion to be served in the following manner:

**Glenn F. Ostrager**
**Dennis Michael Flaherty**
**Joshua Seth Broitman**
**Roberto Legaspi Gomez**
Ostrager, Chong, Flaherty & Broitman, P.C.
570 Lexington Avenue
17th Floor
New York, NY 10022
(212)-681-0600
Fax: (212)-681-0300
*(First-Class Mail)*

**Robert C. Morgan**
**Jeanne C. Curtis**
Ropes Gray, LLP
1211 Avenue of the Americas
New York, New York 10036
*(First-Class Mail)*

_____
Sabrina C. Smith

SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Written Motion

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AEROTEL, LTD.,        Plaintiff,

                                         8   cv  4478   (RJH)

         - against -
IDT CORPORATION      Defendant.        **ORDER FOR ADMISSION**
                                       **PRO HAC VICE**
                                       **ON WRITTEN MOTION**

Upon the motion of  Melissa Roover    attorney for   IDT Corporation

and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

   Applicant's Name:   Alan M. Grayson

   Firm Name:          Grayson & Kubli

   Address:            8605 Westwood Center Drive   Suite 410

   City/State/Zip:     Vienna, Virginia 22182

   Telephone/Fax:      (703) 749-0000

   Email Address:      grayson@graysonlaw.net

is admitted to practice pro hac vice as counsel for   IDT Corporation   in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:
City, State:

                                    _____
                                    United States District/Magistrate Judge

FOR OFFICE USE ONLY: FEE PAID $        SDNY RECEIPT#
SDNY Form Web 10/2006

**UNITED STATES DISTRICT**
<u>**SOUTHERN DISTRCT OF NEW YORK**</u>
AEROTEL, LTD.,

                Plaintiff,        Civil Case no.: 08 cv 4478 (RJH)

      v.

IDT CORPORATION
                Defendant.

_____

State of Virginia    )
                       )   ss:
County of Fairfax  )

Melissa Ann Roover, being duly sworn, hereby deposes and says as follows:

1. I am an attorney at Grayson and Kubli, P.C., counsel for the Defendant in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Defendant's motion to admit Alan M. Grayson as counsel pro hac vice to represent Defendant in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law in November, 2001. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court

3. I have known Alan M. Grayson since 2002.

4. Mr. Grayson is an attorney at Grayson and Kubli, P.C. in Vienna, Virginia.

5. I have found Mr. Grayson to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Civil Procedure.

6. Accordingly, I am pleased to move for the admission of Alan M. Grayson, pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit Alan M. Grayson, pro hac vice, to represent the Defendant in the above captioned matter, be granted.

Respectfully submitted,

*Melissa Roover* (signature)
Melissa A. Roover
SDNY Bar Code: 4005005


State of Virginia
County of Fairfax

The foregoing instrument was acknowledged before me on this 30th day of June, 2008.

*Carla G Coleman* (signature)          # 297939
Notary Public
My Commission expires:

Sept 30, 2008



# District of Columbia Court of Appeals
## Committee on Admissions
### 500 Indiana Avenue, N.W. — Room 4200
### Washington, D. C. 20001
### 202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

ALAN M. GRAYSON

was on the  28TH  day of  MAY, 1985  duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on June 19, 2008.

GARLAND PINKSTON, JR., CLERK

By: /s/ N. Charles
       Deputy Clerk

# VIRGINIA STATE BAR

## CERTIFICATE OF GOOD STANDING



THIS IS TO CERTIFY THAT ALAN MARK GRAYSON IS AN ACTIVE MEMBER OF THE VIRGINIA STATE BAR IN GOOD STANDING. MR. GRAYSON WAS LICENSED TO PRACTICE LAW IN VIRGINIA ON JUNE 7, 1994, AFTER ADMISSION ON MOTION THROUGH THE SUPREME COURT OF VIRGINIA.

Issued June 18, 2008

KAREN A. GOULD
EXECUTIVE DIRECTOR AND
CHIEF OPERATING OFFICER



# SUPREME COURT
## State of Colorado,

STATE OF COLORADO, ss:

I, __Susan J. Festag__   Clerk of the Supreme Court of the State of Colorado, do hereby certify that

__ALAN M GRAYSON__

has been duly licensed and admitted to practice as an

## Attorney and Counselor at Law

within this State; and that his/her name appears upon the Roll of Attorneys and Counselors at Law in my office of date the __31st__ day of __October__ A.D. __1983__ and that at the date hereof the said __ALAN M GRAYSON__ is in good standing at this Bar.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the Seal of said Supreme Court, at Denver, in said State, this __18th__ day of __June__ A.D. __2008__

*Susan J. Festag*

Clerk