UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AEROTEL, LTD., <br><br> Plaintiff, <br><br> v. <br><br> IDT CORPORATION, <br><br> Defendant. | "ECF CASE" <br><br> Case No. 08-cv-4478 (RJH) |

RECEIVED JUL 9 2008 CHAMBERS OF RICHARD J. HOLWELL

**STIPULATION FOR AN ENLARGEMENT OF TIME TO MOVE, ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT**

IT IS HEREBY STIPULATED AND AGREED by and among plaintiff Aerotel, Ltd. and Defendant IDT Corporation ("IDT Corp."), by and through their undersigned counsel, that the time for Defendant to move, answer, or otherwise respond to Plaintiff's complaint in the above-captioned matter is extended to August 11, 2008.

The original date for Defendant IDT Corp. to move, answer, or otherwise respond to Plaintiff's complaint was June 26, 2007. By Stipulation dated June 18, 2008, this deadline was enlarged to July 10, 2008. Defendant IDT Corp. seeks this further enlargement of the deadline due to ongoing settlement discussions between the Parties.

Dated: New York, New York
July 8, 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/14/08

*Attorneys for Plaintiff Aerotel, Ltd.*

OSTRAGER CHONG FLAHERTY
& BROITMAN P.C.

*[signature]*

Glenn F. Ostrager
Dennis M. Flaherty
Joshua S. Broitman
570 Lexington Avenue
New York, New York 10022-6894
Telephone: (212) 681-0600

ROPES & GRAY LLP

Robert C. Morgan
Jeanne C. Curtis
1211 Avenue of the Americas
New York, New York 10036-8704
Telephone: (212) 596-9049

*Attorneys for Defendant IDT Corp.*

GRAYSON & KUBLI, P.C.

*[signature]*

Melissa A. Roover
8605 Westwood Center Drive
Suite 410
Vienna, Virginia 22102
Telephone: (703) 749-0000

SO ORDERED this 11 day of July 2008

*[signature]*

Richard J. Holwell
United States District Judge

2