

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/15/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AEROTEL, LTD.,

                                    Plaintiff,                      **ECF CASE**

                    - against -                                     2008 Civ. 04478 (RJH)

IDT CORPORATION,

                                    Defendant.

## ~~PROPOSED~~ SCHEDULING ORDER

Pursuant to Rule 16, all parties in the above-identified action have met and conferred

regarding scheduling, and hereby propose the following schedule:

1.    Description of the Case

      a.    Identify the attorneys of record for each party, including lead trial
            attorney:

            Attorneys for Plaintiff

            Robert C. Morgan          -     Lead Counsel
            Jeanne C. Curtis
            ROPES & GRAY LLP
            1211 Avenue of the Americas
            New York, New York 10036-8704
            (212) 596-9049

            Glenn F. Ostrager
            Dennis M. Flaherty
            Joshua S. Broitman
            OSTRAGER CHONG FLAHERTY
              & BROITMAN P.C.
            570 Lexington Avenue
            New York, New York 10022-6894
            (212 681-0600

Attorneys for Defendant

Alan M. Grayson          -     Lead Counsel
Victor A. Kubli
Melissa A. Roover
Christian L. Simpson
GRAYSON & KUBLI, P.C.
8605 Westwood Center Drive, Suite 410
Vienna, Virginia 22182
(703) 749-0000


b.    State the basis for federal jurisdiction:

This Court has jurisdiction pursuant to 28 U.S.C. § 1332 in that this action

is between citizens of a State and a subject of a foreign state, and the

matter in controversy exceeds the sum or value of $75,000, exclusive of

interest and costs.

c.    Briefly describe the claims asserted in the complaint and any
      counterclaims:

The Complaint asserts a claim for breach of an agreement dated August

17, 2007 (the "Settlement Agreement") in connection with the settlement

of a patent infringement action in this Court captioned *Aerotel, Ltd. et al.*

*v. IDT Corporation*, Case No. 03 Civ. 6496 (RJH)(FM)(the "Civil

Action"). A Stipulation and Order of Dismissal in the Civil Action was

entered by the Court on September 27, 2007.   Aerotel asserts in the

present action claims for breach of the Settlement Agreement, anticipatory

breach and breach of an implied covenant of good faith and fair dealing.

Defendant has no counterclaims to assert at this time, but reserves its

rights.

- 2 -

d. State the major legal and factual issues in the case:

    i. Whether defendant is in breach of the Settlement Agreement and,

       if so, the measure of damages for such breach.

e. Describe the relief sought:

    Plaintiff seeks an award in the amount of at least $30 million plus interest
thereon.

2. Proposed Case management Plan

  a. Identify all pending motions:

    None.

| | | |
|---|---|---|
| b. Cutoff date for joinder of additional parties : | | September 22, 2008 |
| c. Cutoff date for amendments to pleadings : | | September 22, 2008 |

d. Schedule for completion of discovery

| | | |
|---|---|---|
| i. Rule 26(a)(1) disclosures | : | September 8, 2008 |
| ii. Completion of fact discovery | : | January 15, 2009 |
| iii. Rule 26(a)(2) disclosures | : | January 15, 2009 |
| iv. Opening expert reports | : | January 30, 2009 |
| v. Rebuttal expert reports | : | February 20, 2009 |
| vi. Completion of expert discovery | : | March 31, 2009 |

| | | |
|---|---|---|
| e. Date for filing dispositive motions | : | April 20, 2009 |
| f. Date for filing final pretrial order | : | June 4, 2009 |
| g. Trial schedule | | |

| | | |
|---|---|---|
| i. Whether a jury trial is requested | : | Jury Trial |
| ii. The probable length of trial | : | 3 days |
| iii. When the case will be ready for trial : | | July 1, 2009. |

3. Consent to Proceed Before a Magistrate Judge:

    The parties do not consent to proceed before a Magistrate Judge.

- 3 -

4.    Status of Settlement Discussions

The parties have engaged in settlement discussions and are agreeable to further

discussions.  Both parties request a settlement conference.

**SO ORDERED:**

this  ⟨⟨  day of July 2008

Honorable Richard J. Holwell
United States District Judge

**Approved:**

Robert C. Morgan
Jeanne C. Curtis
ROPES & GRAY LLP
1211 Avenue of the Americas
New York, New York 10036-8704
(212) 596-9049


OSTRAGER CHONG FLAHERTY
  & BROITMAN P.C.

By: _____
   Glenn F. Ostrager
   Joshua S. Broitman

570 Lexington Avenue
New York, New York 10022-6894
Tel. No. (212) 681-0600
Fax. No. (212) 681-0300

Date:  July 10, 2008

Attorneys for Plaintiff
Aerotel, Ltd.


GRAYSON & KUBLI, P.C.

By: _____
   Alan M. Grayson
   Victor A. Kubli
   Melissa A. Roover

8605 Westwood Center Drive, Suite 410
Vienna, Virginia  22182
Tel. No. (703) 749-0000
Fax No. (703) 842-8672

Date:  July 10, 2008

Attorneys for Defendant
IDT Corp.

- 5 -