SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Written Motion

```
┌──────────────────────────────────────┐
│ USDC SDNY                            │
│ DOCUMENT                             │
│ ELECTRONICALLY FILED                 │
│ DOC #: _____               │
│ DATE FILED: 7/17/08                  │
└──────────────────────────────────────┘
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

AEROTEL, LTD.,                    Plaintiff,

08   cv   4478    (RJH)

- against -

IDT CORPORATION            Defendant.

**ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION**

Upon the motion of  Melissa Roover        attorney for  IDT Corporation

and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Alan M. Grayson |
| Firm Name: | Grayson & Kubli |
| Address: | 8605 Westwood Center Drive   Suite 410 |
| City/State/Zip: | Vienna, Virginia 22182 |
| Telephone/Fax: | (703) 749-0000 |
| Email Address: | grayson@graysonlaw.net |

is admitted to practice pro hac vice as counsel for   IDT Corporation                        in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: July 14, 2008
City, State: New York, New York

_____
United States District/~~Magistrate~~ Judge

FOR OFFICE USE ONLY: FEE PAID $            SDNY RECEIPT#

SDNY Form Web 10/2006