SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Written Motion

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AEROTEL, LTD.,  Plaintiff,

08   cv   4478   (RJH)

- against -

IDT CORPORATION   Defendant.

**ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION**

Upon the motion of Melissa Roover   attorney for IDT Corporation

and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Victor A. Kubli |
| Firm Name: | Grayson & Kubli |
| Address: | 8605 Westwood Center Drive  Suite 410 |
| City/State/Zip: | Vienna, Virginia 22182 |
| Telephone/Fax: | (703) 749-0000 |
| Email Address: | kubli@graysonlaw.net |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/17/08

is admitted to practice pro hac vice as counsel for   IDT Corporation   in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: July 14, 2008
City, State: New York, New York

_____
United States District/~~Magistrate~~ Judge

FOR OFFICE USE ONLY: FEE PAID $   SDNY RECEIPT#
SDNY Form Web 10/2006