**MEMO ENDORSED**

Alan M. Grayson, Esq.*
Victor A. Kubli, Esq.‡
Sarah Brashears, Esq.**
R. Shay Glass, Esq.+
Paule K. Goldman, Esq.¤
Alisa J. Roberts, Esq.○
Melissa A. Roover, Esq.■
Christian L. Simpson, Esq.●

*Member of the Bars of VA, DC & CO
‡Member of the Bars of DC & MD
**Member of the Bar of TX
+Member of the Bar of TN
¤Member of the Bars of VA & DC
○Member of the Bars of VA, NY & DC
■Member of the Bars of MA, NY & DC
●Member of the Bars of VA, DC & MD

# Grayson & Kubli, P.C.

8605 Westwood Center Drive
Suite 410
Vienna, VA 22182
(703) 749-0000
(703) 442-8672 fax
www.graysonlaw.net

August 5, 2008

Melissa A. Roover, Esq.

**VIA FACSIMILE**

Hon. Frank Maas, U.S.M.J.
U.S. District Court, Southern District of New York
U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

*The settlement conference is adjourned to 9/12/08 at 10AM. The settlement letter shall be due 9/8/08.*

*/s/ Maas, USMJ, 8/5/08*

Re:  *Aerotel, Ltd. V. IDT Corporation*, Case No. 08cv4478 (RJH/FM)

Dear Judge Maas:

We represent the parties in the above-named action and write regarding your letter of July 28, 2008. The parties jointly request an adjournment of the settlement conference currently scheduled for August 15, 2008. All parties and their clients are available September 8, 9, 11, 12.

Thank you for your courtesies in this regard.

Respectfully submitted,

_____
Glenn F. Ostrager, Esq.
OSTRAGER CHONG FLAHERTY
 & BROITMAN P.C.

Robert C. Morgan
ROPES & GRAY LLP

*Attorneys for Plaintiff Aerotel, Ltd.*

_____
Melissa A. Roover, Esq.
GRAYSON & KUBLI, P.C.

*Attorneys for Defendant IDT Corp.*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/5/08