```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/26/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

AEROTEL, LTD.,  :  08 Civ. 4478 (RJH)

          Plaintiff,  :

  -against-  :  **ORDER**

IDT CORP.,  :

          Defendant.  :

------------------------------------------------------------x

       The parties are directed to appear on October 7, 2008 at 2:00 p.m. in the Courtroom of the Honorable Richard J. Holwell, Courtroom 17B, 500 Pearl Street, New York, New York 10007 for a pre-motion conference to discuss the motion to dismiss proposed in Defendant's letter to the Court dated August 11, 2008.

SO ORDERED:

Dated: New York, New York
       August 25, 2008

_____
Richard J. Holwell
United States District Judge