# OSTRAGER CHONG FLAHERTY & BROITMAN P.C.
COUNSELORS AT LAW

570 LEXINGTON AVENUE
NEW YORK, NY 10022-6894
TEL: (212) 681-0600
FAX: (212) 681-0300

GLENN F. OSTRAGER
gostrager@ocfblaw.com

September 4, 2008

APPLICATION GRANTED *
SO ORDERED

/s/ Frank Maas
Frank Maas, USMJ 9/4/08

* on condition that the parties report to me in writing by October 17, 2008

**BY FACSIMILE**

Honorable Frank Maas, U.S.M.J.
U.S. District Court, Southern District of New York
U.S. Courthouse
500 Pearl Street
New York, New York 10007-1312

Re:   *Aerotel, Ltd. V. IDT Corporation*, Case No. 08-CV-4478 (RJH/FM)

Dear Judge Maas:

We write on behalf of all parties in this action to respectfully request that the settlement conference, currently scheduled for September 12, 2008, and letter submissions, be postponed. The parties are engaged in settlement discussions, and wish to avoid both taking up the Court's time and incurring further legal fees while discussions are ongoing. We will advise the Court as soon as possible whether the parties' discussions result in a settlement. If not, we will request that the Court reschedule a settlement conference.

Respectfully,

Glenn F. Ostrager

cc: Victor A. Kubli, Esq.
    Mellissa A. Roover, Esq.
    Robert C. Morgan, Esq.
    - *via e-mail*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/4/08